IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BAYER MATERIALSCIENCE LLC,
Delaware Limited Liability Corporation

        Plaintiff

v.

SERVCOR INTERNATIONAL, INC., a
Florida Corporation,

    Defendant,

Case No.:

Jury Trial Demanded

---

**PLAINTIFF BAYER MATERIALSCIENCE LLC'S DISCLOSURE STATEMENT**

Plaintiff, Bayer MaterialScience LLC, by and through its undersigned counsel hereby provides the following corporate disclosure statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

Bayer MaterialScience LLC is a limited liability company comprised of one member, Bayer Corporation. Bayer MaterialScience has no parent company and no publicly-held corporation other than Bayer Corporation holds ten percent or more of Bayer MaterialScience's stock.

        By:   /s/ *Wendy West Feinstein*
            Wendy West Feinstein
            Pa. I.D. No. 86698
            ECKERT SEAMANS CHERIN & MELLOTT LLC
            *Attorneys for Plaintiff*
            *Bayer Material Science LLC*
            600 Grant Street, 44th Floor
            Pittsburgh, PA 15219
            United States of America
            412.566.1927 (telephone)
            412.566.6099 (facsimile)
            wfeinstein@eckertseamans.com